James B. BRYAN, District Director, v. YEE KAM CHONG.

No. 7898.

Circuit Court of Appeals, Ninth Circuit.

June 17, 1935.

Ingram M. Stainback, U. S. Atty., of Honolulu, T. H., for appellant.

Ebert J. Botts, of Honolulu, T. H., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeal dismissed, decree of dismissal filed and entered accordingly, and mandate of this court issued forthwith.

Bradie CARTER, Appellant, v. UNITED STATES of America, Appellee.

No. 3850.

Circuit Court of Appeals, Fourth Circuit.

June 17, 1935.

McNeill & McNeill, of Washington, D. C., and J. F. Jordan, of Wilkesboro, N. C., for appellant.

Carlisle W. Higgins, U. S. Atty., and Robert S. McNeill, Asst. U. S. Atty., both of Greensboro, N. C., Will G. Beardslee, Director, Bureau of War Risk Litigation, of Washington, D. C., Wilbur C. Pickett, Sp. Asst. to Atty. Gen., and Fendall Marbury and Young M. Smith, Attys., Department of Justice, both of Washington, D. C.

PER CURIAM.

Appeal dismissed, without opinion. Order filed.

CENTRAL STATES LIFE INSURANCE COMPANY, a Missouri Corporation, Appellant, v. James William CHILTON, Appellee.

Circuit Court of Appeals, Tenth Circuit.

June 6, 1935.

For opinion below, see 8 F. Supp. 778, affirmed on rehearing 8 F. Supp. 961.

John F. Pierce, of Denver, Colo. (Wm. E. Hutton, of Denver, Colo., on the brief), for appellant.

Henry E. Lutz, of Denver, Colo., for appellee.

Before PHILLIPS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.

Reversed, with instructions to vacate the injunctive order of January 15, 1935, on authority of Louisville Joint Stock Land Bank v. Radford, 55 S. Ct. 854, 79 L. Ed. ——, holding subsection (s), § 75, of the Bankruptcy Act (11 USCA § 203 (s), unconstitutional.